(The order denies defendant's motion to dismiss the complaint and for summary judgment in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ANGELO TORTORIGI, Respondent, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Appellant.— Appeal dismissed, without costs, as academic in view of the decision filed herewith in the companion appeal in *Tortorigi* v. *Merchants Despatch Transportation Company* (*post*, p. 903). All concur. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ANGELO TORTORIGI, Respondent, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concur. (The order denies a motion to dismiss the complaint for failure to prosecute, in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MARY A. SPERTI, as Administratrix, etc., of FRANK SPERTI, Deceased, Respondent, v. CITY OF NIAGARA FALLS, NEW YORK, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for death of plaintiff's intestate resulting by reason of falling on an icy sidewalk.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

AGNES VANDERPOOL, Respondent, v. SYRACUSE COCA-COLA BOTTLING CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Cunningham, J., not voting. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ROLLAND VANDERPOOL, Respondent, v. SYRACUSE COCA-COLA BOTTLING CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur, except Cunningham, J., not voting. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

JOSEPH GERAGHTY, Respondent, v. THE CITY OF ROCHESTER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur, except Cunningham, J., not voting. (The order grants plaintiff's motion to strike out a certain defense contained in defendant's answer, in a negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ROCHESTER TAXICABS, INC., Respondent, v. THE CITY OF ROCHESTER, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur, except Cunningham, J., not voting. (The order grants plaintiff's motion to strike out a certain defense contained in defendant's answer, in a negligence action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LUCY BELL BICKFORD, Respondent, v. EDWIN C. BICKFORD, Appellant.— Order affirmed, without costs of this appeal to either party. All concur, except Taylor, J., not voting. (The order directs defendant to pay counsel fees to permit plaintiff to oppose defendant's appeal from a judgment of separation.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

LUCY ABGOTT, Appellant, v. JOSEPH ABGOTT, Respondent.— Orders affirmed, without costs of this appeal to either party. All concur. (The orders limit the amount of alimony to be paid to plaintiff pending trial, and limit the amount of